## STATE OF CONNECTICUT *v.* JOSHUA KOMISARJEVSKY

The defendant's petition for certification for appeal from the Appellate Court (AC 33360) is granted, limited to the following issues:

"1. Does the trial court's decision to grant an intervenor's motion to unseal a 'witness list' constitute a final judgment permitting interlocutory review?

"2. If the decision is an appealable final judgment, did the trial court improperly grant the intervenor's motion to unseal the 'witness list?' "

ROGERS, C. J., and NORCOTT and ZARELLA, Js., would deny the defendant's petition for certification for appeal.

The Supreme Court docket number is SC 18797.

*Walter C. Bansley III, Jeremiah Donovan* and *Todd A. Bussert*, in support of the petition.

*Harry Weller*, senior assistant state's attorney, and *William S. Fish, Jr., Michael C. Sorensen* and *Amy E. Markim*, in opposition.

Decided June 8, 2011